FILED

NOV 2 1 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROMALDO DAVID LONGJAW,<br><br>Defendant. | CR 16-73-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, ROMALDO DAVID LONGJAW is hereby released from the custody of the U.S. Marshals Service.

DATED this 21st day of November, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1